**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 715 MAL 2018
                                                            :
           Respondent                         :
                                                            :  Petition for Allowance of Appeal from
                                                            :  the Order of the Superior Court
           v.                                   :
                                                            :
                                                            :
                                                            :
JARED DONOVAN JONES,                      :
                                                            :
           Petitioner                           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of March, 2019, the Petition for Allowance of Appeal is

**DENIED**.